IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS and                                                                                        PLAINTIFFS
KEITH BURSEY

vs.                                                   Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS ET AL.                                          DEFENDANTS

## REPORT AND RECOMMENDATION
## OF A UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiffs' Motion for Default Judgment Against Loyd Green and Loyd Green Wrecker Service Inc., Motion for Substitute the Estate of Loyd Green, Brenda Joyce Green, Executrix, and Motion for hearing. ECF No. 25. This Motion has been referred to the undersigned for consideration.

Based upon their Motion, Plaintiffs claim Loyd Green and Loyd Green Wrecker Service, Inc. were properly served but still have not answered. ECF No. 25. However, according to Plaintiffs' Motion, Loyd Green died during the pendency of this lawsuit. *Id.* Therefore, the Court recommends Plaintiffs' Motion for default judgment be **DENIED.** However, it is also recommended Plaintiffs' alternative relief be **GRANTED**, and the Estate of Loyd Green, Brenda Joyce Green, Executrix be substituted for Loyd Green and Loyd Green Wrecker Service, Inc. Plaintiff should serve the Estate of Loyd Green, Brenda Joyce Green, Executrix in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 12th day of September 2013.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE