IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS and                                                                                  PLAINTIFFS
KEITH BURSEY

vs.                                              Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS ET AL.                                              DEFENDANTS

## REPORT AND RECOMMENDATION
## OF A UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiffs' Motion for Clerk to Enter Default (ECF No. 40); and Motion for Default Judgment as to Bubba Green and Bubba Green Towing & Automotive Center and Motion to Set Aside Answer to Amended Complaint (ECF No. 41). Separate Defendants Bubba Green and Bubba Green Towing & Automotive Center ("Separate Defendants") have responded to these Motions. ECF No. 42.

With these Motions, Plaintiffs seek to have a default judgment entered against Separate Defendants because they were two days late in filing an answer. ECF Nos. 40-41. Separate Defendants have responded and represented the two-day delay in filing their answer was unintentional. ECF No. 42. Considering the fact their answer was only two days late and considering the fact this delay was unintentional, the Court recommends Plaintiffs' Motions (ECF Nos. 40-41) be **DENIED** in their entirety.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

  ENTERED this 18th day of December 2013.

                 /s/ Barry A. Bryant
                 HON. BARRY A. BRYANT
                 U.S. MAGISTRATE JUDGE