IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS and                                                                              PLAINTIFFS
KEITH BURSEY

vs.                             Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS ET AL.                                        DEFENDANTS

## ORDER

Pursuant to the Initial Scheduling Order (ECF No. 16), the Parties are reminded that the deadline for summary judgment motions is **January 14, 2014.**

**ENTERED this 19th day of December 2013.**

                                                         /s/   Barry A. Bryant
                                                         HON. BARRY A. BRYANT
                                                         U.S. MAGISTRATE JUDGE