IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS and                                                                              PLAINTIFFS
KEITH BURSEY

vs.                                              Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS ET AL.                                            DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Reconsider and in the Alter Motion to Vacate Order.  ECF No. 52.  Considering that Motion, the Court finds it should be **GRANTED**, and the Court will reconsider Plaintiffs' Motion to Extend the Time to File Amended Complaint and to Add Parties (ECF No. 43).

However, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs may only amend their pleadings "with the opposing party's written consent or the court's leave."  While Plaintiffs request the ability to file a Second Amended Complaint in this matter, they have not provided the Court a copy of that complaint.  Accordingly, the Court cannot determine whether leave should be granted.  **Thus, Plaintiffs have ten (10) days from the date of this order to file their proposed Second Amended Complaint.**  After that proposed complaint is filed, the Court will then determine if leave should be granted.

ENTERED this 21st day of January 2014.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE