IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS and                                                    PLAINTIFFS
KEITH BURSEY

vs.                                    Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS ET AL.                         DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time to File Amended Complaint. ECF No. 43.  With this Motion, Plaintiffs seek leave to a file a Second Amended Complaint.  *Id.* Plaintiffs state these changes are necessary to simplify the issues in the complaint, add issues that were mistakenly left out, and add an additional plaintiff (Fred Bursey) as a party to this action.  *Id.* Plaintiffs filed their proposed Second Amended Complaint on January 28, 2014.  ECF No. 61.  After reviewing this complaint, the Court **GRANTS** Plaintiffs leave to file that complaint.

Before the Court is Plaintiffs' Motion to Amend/Correct Response.  ECF No. 68.  The Court also **GRANTS** that motion, and the changes Plaintiffs have requested to their Second Amended Complaint are approved.

Before the Court is Plaintiffs' Motion to Strike Memorandum Brief in Support.  ECF No. 69. With this Motion, Plaintiffs seek to strike and correct portions of their own briefing.  Considering this Motion, the Court finds it should be **GRANTED.**

**ENTERED this 18th day of February 2014.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1