IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS and                                                                                                  PLAINTIFFS
KEITH BURSEY

vs.                                             Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS ET AL.                                            DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Vacate Order. ECF No. 70. With this Motion, Plaintiffs seek to vacate the Court's prior order directing Defendants to file motions for summary judgment. The Court **DENIES** this Motion, and Defendants' Motions for Summary Judgment remain pending.

However, because Plaintiffs may have raised new issues with the filing of their Second Amended Complaint, Defendants are permitted an additional thirty (30) days to provide additional briefing (if necessary) in support of their motions. Plaintiffs will then have fourteen (14) days to respond to that supplemental briefing in accordance with Local Rule 7.2(b).

**ENTERED this 18th day of February 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE