IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS,                                                                                                                    PLAINTIFFS
KEITH BURSEY, and
FRED BURSEY

vs.                                             Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS *ET AL*                            DEFENDANTS

## ORDER

      Before the Court is Plaintiffs' Motion for Reconsideration or to Strike Order on Motion to Compel.  ECF No. 86.  I have reviewed the Court's Order of July 7, 2014 (ECF No. 84) and Plaintiffs' Motion to Reconsider.  Plaintiffs seek to compel production of certain documents from Defendants Loyd Green and Loyd Green Wrecker Services, Inc.  The undersigned previously considered a request to compel such production and denied the request to compel.  *See* ECF No. 84. For the reasons stated in that Order, namely, Defendants Loyd Green and Loyd Green Wrecker Services, Inc. have already provided the requested information, Plaintiff's Motion to Reconsider should be denied.

      **IT IS ORDERED** Plaintiffs' Motion for Reconsideration or to Strike Order on Motion to Compel (ECF No. 86) is **DENIED**.

      **ENTERED** this 15th day of July 2014.

                                                                         /s/   Barry A. Bryant
                                                                        HON. BARRY A. BRYANT
                                                                        U.S. MAGISTRATE JUDGE