IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS et al. PLAINTIFFS

vs. Civil No. 4:12-cv-04050

CITY OF TEXARKANA, ARKANSAS et al. DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion in Limine. ECF No. 91. Because the Court has recommended Plaintiffs' case be dismissed, the Court **DENIES** this Motion.

**ENTERED this 15th day of August 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE